**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 23-1492-JFW( SKx)**                          Date:  March 30, 2023

Title:        La Park La Brea A, LLC -*v*- Katrin Feldhaus, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly                                      None Present
**Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                  None

PROCEEDINGS (IN CHAMBERS):        ORDER REMANDING ACTION TO LOS ANGELES
                                                     SUPERIOR COURT

On August 8, 2022, Plaintiff La Park La Brea A, LLC ("Plaintiff") filed a Complaint for Unlawful Detainer against Defendants Katrin Feldhaus and Jonathan Lisinski in Los Angeles Superior Court.  On February 28, 2023, Defendants Katrin Feldhaus and Jonathan Lisinski ("Defendants") filed a Notice of Removal, alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  On March 3, 2023, the Court issued an Order to Show Cause why this action should not be remanded to Los Angeles Superior Court for improper removal based on the forum defendant rule.  On March 8 and 9, 2023, Defendants filed their Response to the Order to Show Cause, in which they state (without a supporting declaration) that they are not citizens of California, but rather are citizens of Germany.  On March 10, 2023, Plaintiff filed its Response, indicating that it does not waive Defendants' violation of the forum defendant rule.

On March 13, 2023, the Court issued a Second Order to Show Cause why this action should not be remanded to Los Angeles Superior Court, based on both the forum defendant rule and Defendants' failure to remove the action within thirty days of ascertaining that the action was removable.  The Court ordered Defendants to respond to the Second Order to Show Cause, in writing, no later than March 17, 2023, and expressly warned that "Defendants' failure to respond to the Order to Show Cause will result in the remand of this action."  Defendants failed to respond to the Second Order to Show Cause on or before March 17, 2023.  On March 17, 2023, Plaintiff filed its Response to the Second Order to Show Cause, again indicating that it does not waive Defendants' violation of the forum defendant rule.

In light of Defendants' failure to respond to the Second Order to Show Cause, and Plaintiff's decision not to waive the procedural defects in removal, this action is **REMANDED** to Los Angeles Superior Court based on the forum defendant rule and Defendants' failure to remove this action within thirty days of ascertaining that the action was removable.

IT IS SO ORDERED.

Initials of Deputy Clerk _sr_